**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Trenton STEVENS, Defendant–**
**Appellant.**

**No. 14–10911**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 18, 2014.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, Joseph W. Swanson, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

John Leonard Badalamenti, Stephen Baer, Federal Public Defender's Office, Tampa, FL, Robert Godfrey, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Trenton Stevens, Coleman, FL, pro se.

Before MARCUS, PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Trenton Stevens, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Stevens's conviction and sentence are **AFFIRMED.**